UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                                 :
IN THE MATTER OF THE APPLICATION OF                              :
ISABELLA HRANOV                                                  :
FOR AN ORDER TO TAKE DISCOVERY                                   :   Case No. 21-mc-751
PURSUANT TO 28 U.S.C. § 1782                                     :
                                                                 :
                                                                 :
---------------------------------------------------------------- X

## DEUTSCHE BANK AG'S NOTICE OF MOTION
## TO QUASH SUBPOENA UNDER 28 U.S.C. § 1782

PLEASE TAKE NOTICE that respondent Deutsche Bank AG, through its undersigned counsel, will move this Court, pursuant to 28 U.S.C. § 1782 and Fed. R. Civ. P. 60, for an Order quashing the Section 1782 discovery order previously entered by the Court on September 22, 2021 [Docket No. 8].

This motion is submitted based on this Notice of Motion, the accompanying Memorandum of Law, the accompanying Declaration of Dr. Jörg Mucke and Declaration of Dr. Christian Schmitt, the pleadings and documents on file in this case, and such other argument as may be presented by counsel at any hearing on this motion. The timing of this Motion shall be governed by Local Civil Rule 6.1(b).

Respectfully submitted,

Dated:  October 29, 2021         **MORGAN, LEWIS & BOCKIUS LLP**

                                 By:  */s/ Joshua Dorchak*
                                      Joshua Dorchak
                                      Melissa Y. Boey
                                      101 Park Avenue
                                      New York, New York 10178
                                      212.309.6700
                                      joshua.dorchak@morganlewis.com
                                      melissa.boey@morganlewis.com

                                 *Attorneys for Respondent Deutsche Bank AG*

DB3/ 204053316.1