# Morgan Lewis

**Joshua Dorchak**
Partner
+1.212.309.6700
joshua.dorchak@morganlewis.com

October 29, 2021

The case is reopened.
SO ORDERED.
11/1/21

*/s/ P. Kevin Castel*

───────────────────────
P. Kevin Castel
United States District Judge

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

   **Re:** *In the matter of the application of Isabella Hranov for an order to take discovery pursuant to 28 U.S.C. §1782*, **Case No. 1:21-mc-00751**

Dear Judge Castel:

  We represent Respondent Deutsche Bank AG in the above-referenced case. This case was initiated through an *ex parte* motion filed by applicant Isabella Hranov ("Applicant") on September 20, 2021 seeking discovery pursuant to 28 U.S.C. § 1782 in support of a foreign proceeding (the "Application"). Upon the Court's review of the *ex parte* Application, discovery was granted based on this Court's preliminary findings and pursuant to an order issued on September 22, 2021 at Docket No. 8, and the case was administratively closed.

  Applicant proceeded to serve a subpoena upon Deutsche Bank. Deutsche Bank now seeks to quash the subpoena by filing a motion in accordance with Local Civil Rule 6.1 (the "Motion"). Deutsche Bank thus respectfully requests that the Court reopen this case at this time, in order to permit the Motion to be addressed by this Court.

  Thank you for your consideration of this matter.

           Respectfully submitted,

          */s/ Joshua Dorchak*
          Joshua Dorchak

          *Attorney for Respondent Deutsche Bank AG*

cc: All counsel of record (via electronic mail)

DB3/ 204053329.1

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178 T +1.212.309.6000
United States F +1.212.309.6001