# WILK AUSLANDER

Wilk Auslander LLP  T 212-981-2300
825 8th Avenue  F 212-752-6380
New York, NY 10019  wilkauslander.com

Stuart M. Riback
Partner
(212) 981-2326
sriback@wilkauslander.com

December 22, 2021

**VIA ECF**

Hon. P. Kevin Castel
United States District Court
 Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    **Re:**    *In re Hranov*, 21 Misc. 751 (PKC)

Dear Judge Castel:

    This firm represents the Applicant Isabella Hranov in this proceeding under 28 USC § 1782. We write concerning the motion by respondent Deutsche Bank AG ("DB") to quash the subpoenas the Court authorized by its order of September 22, 2021 (Dkt. 8).

    DB submitted a letter on November 2, 2021 requesting a revised briefing schedule (Dkt 16), which Your Honor approved (Dkt. 17). In that letter DB requested oral argument of the motion and noted that, though Hranov does not join the request, she does not object to it.

    Having now had the benefit of reading the complete briefing, pursuant to Your Honor's Individual Practice Rule 3.F, Hranov joins in DB's request for oral argument. We stand ready to cooperate with the Court in all respects. Thank you for the Court's attention to this matter

                                        Very truly yours,

                                        /s/ Stuart Riback
                                        Stuart M. Riback

cc:    All counsel (via ECF)

100016873.2