UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN THE MATTER OF THE APPLICATION OF
ISABELLA HRANOV FOR AN ORDER TO
TAKE DISCOVERY PURSUANT TO 28
U.S.C. § 1782

-----------------------------------------------------------x

21-mc-751 (PKC)

ORDER

CASTEL, U.S.D.J.

      DBTC's motion to quash is fully briefed and <u>sub judice</u>.  DBTC has previously stated that the applicant has submitted requests for the subpoenaed documents to the German court in the underlying proceeding, and that, as of October 2021, her document requests were pending before the German court.  (<u>See generally</u> Schmitt Dec. ¶¶ 23-27.)

      The applicant shall file a letter no later than April 17, 2024 advising the Court of whether any developments in the German court would modify, obviate or moot the subpoena to DBTC.  DBTC may file a letter in response by April 19, 2024.

      SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       April 10, 2024